## Reeder et vir, Appellants, *v.* Bessemer & Lake Erie Railroad Company.

Argued November 9, 1971. *James R. Duffy,* with him *McArdle, McLaughlin, Paletta & McVay,* for appellants; *Eric P. Reif,* with him *Reed, Smith, Shaw & McClay,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

## Reilly *v.* Poach et al., Appellants.

Argued November 10, 1971. *Cosmos J. Reale,* for appellants; *Saul Davis,* for appellee.

Order affirmed.

SPAULDING, J., absent.